1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11    IN RE LISA KAYE GOLDEN            Case Nos.:  21-CV-1279 TWR (NLS),
                                        21-CV-1304 TWR (NLS), 21-CV-1306
12                           Debtor.    TWR (NLS), 21-CV-1307 TWR (NLS),
13                                      21-CV-1308 TWR (NLS), 21-CV-1349
                                        TWR (NLS), 21-CV-1351 TWR (NLS),
14    ────────────────────────         21-CV-1353 TWR (NLS), 21-CV-1461
      LISA KAYE GOLDEN,                 TWR (NLS), 21-CV-1462 TWR (NLS),
15                                      21-CV-1463 TWR (NLS), 21-CV-1475
                             Appellant, TWR (NLS)
16    v.
17                                      Bankruptcy No.: 17-6928-MM7 &
      JEFFREY ROGERS; RICHARD           Adversary No. 18-90054-MM
18    KIPPERMAN,
19                           Appellees. **ORDER (1) ORDER DISMISSING
                                        ACTIONS FOR FAILURE TO PAY
20                                      FILING FEE AND FAILURE TO
21                                      COMPLY WITH THE COURT'S
                                        ORDER, AND (2) DENYING AS
22                                      MOOT APPELLANT'S MOTIONS
23                                      TO STAY AND TRUSTEE'S *EX
                                        PARTE* APPLICATION**
24
25
26

27        On August 31, 2021, the Court issued an Order (the "August 31 Order") requiring

28    Appellant Lisa Kaye Golden to pay the filing fee in the above-captioned bankruptcy

appeals[1] no later than September 14, 2021.  (*See, e.g.*, No. 21-CV-1279 TWR (NLS) ECF No. 7.)  The Court clearly indicated that, "*[s]hould Appellant fail timely to pay the filing fee in any of the Unpaid Appeals, the Court will dismiss those bankruptcy appeals without prejudice.*"  (*Id*. at 2 (emphasis in original).)  As of the date of this Order, no filing fee has been paid and no other filings have been made in any of the above-captioned bankruptcy appeals.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** each of the above-captioned bankruptcy appeals for failure to pay the requisite filing fee and for failure to comply with the Court's August 31 Order.  *See* S.D. Cal. CivLR 83.1(a).

In its August 31 Order, the Court also deferred ruling on Ms. Goldens Motions to Stay (ECF Nos. 4, 6) in Case No. 21-CV-1279 TWR (NLS) and Chapter 7 Trustee Richard M. Kipperman's Application for an Order Shortening Time for Hearing, if Necessary, and Expedited Review and Adjudication of Pending Appeal Due to: (1) Interlocutory Nature of Order Appealed; and (2) On Other Grounds ("*Ex Parte* App.," ECF No. 3) in Case No. 21-CV-1475 TWR (NLS) to afford Ms. Golden the opportunity to pay the requisite filing fee in those actions.  (*See* Aug. 31 Order at 3.)  Because the Court has dismissed those cases for failure to pay the filing fee, the Court **DENIES AS MOOT** Ms. Golden's Motions to Stay and the Trustee's *Ex Parte* Application.

       **IT IS SO ORDERED.**

Dated:  September 15, 2021

_____
Honorable Todd W. Robinson
United States District Court

---

[1] All references in this Order to the "above-captioned bankruptcy appeals" refer to these cases: 21-CV-1279 TWR (NLS); 21-CV-1304 TWR (NLS); 21-CV-1306 TWR (NLS); 21-CV-1307 TWR (NLS); 21-CV-1308 TWR (NLS); 21-CV-1349 TWR (NLS); 21-CV-1351 TWR (NLS); 21-CV-1353 TWR (NLS); 21-CV-1461 TWR (NLS); 21-CV-1462 TWR (NLS); 21-CV-1463 TWR (NLS); and 21-CV-1475 TWR (NLS).